Certificate Number: 17082-PAE-DE-039336787

Bankruptcy Case Number: 25-10478



17082-PAE-DE-039336787

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 13, 2025, at 7:27 o'clock AM MST, MICHAEL T JOLLEY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 13, 2025           By:    /s/Orsolya K Lazar

                                    Name:  Orsolya K Lazar

                                    Title: Executive Director