WWR# 041720813

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
AT READING

| IN RE: | CASE NO. 25-10478 |
|---|---|
| MICHAEL TODD JOLLEY | CHAPTER 13 |
|  | JUDGE PATRICIA M. MAYER |
| DEBTOR(S) |  |

**REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Attorney for creditor, DIAMOND CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for DIAMOND CREDIT UNION to undersigned Attorney.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 West Creek Rd, Suite 200
CLEVELAND, OH 44131
877-338-9484
mgvozdenovic@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 28th day of February, 2025 addressed to:

CHARLES LAPUTKA, Attorney for Debtor
CLAPUTKA@LAPUTKALAW.COM

SCOTT F WATERMAN, Trustee
2901 SAINT LAWRENCE AVE STE 10
READING, PA 19606
info@ReadingCh13.com

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

MICHAEL TODD JOLLEY
971 MANATAWNY RD
BOYERTOWN,  PA 19512-8044

,

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 West Creek Rd, Suite 200
CLEVELAND, OH 44131
877-338-9484
mgvozdenovic@weltman.com