Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 25-10478-PMM**

Michael Todd Jolley  
971 Manatawny Rd.  
Boyertown  PA  19512

Petition Filed Date: 02/05/2025  
341 Hearing Date: 03/11/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/10/2025 | $282.00 | | 03/31/2025 | $282.00 | | 05/01/2025 | $282.00 | |
| 06/02/2025 | $282.00 | | 07/07/2025 | $304.00 | | 07/29/2025 | $304.00 | |

**Total Receipts for the Period: $1,736.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,736.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $4,223.00 | $0.00 | $4,223.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $15,225.42 | $0.00 | $0.00 |
| 2 | DIAMOND FEDERAL CREDIT UNION »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA NA »» 003 | Unsecured Creditors | $7,220.54 | $0.00 | $0.00 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $9,006.01 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $8,826.43 | $0.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $9,214.56 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $1,306.93 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $3,819.53 | $0.00 | $0.00 |
| 9 | ALLY BANK »» 09S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | ALLY BANK »» 09U | Unsecured Creditors | $570.29 | $0.00 | $0.00 |
| 11 | RESURGENT RECEIVABLES, LLC »» 010 | Unsecured Creditors | $9,825.43 | $0.00 | $0.00 |
| 12 | LENDINGCLUB CORPORATION »» 011 | Unsecured Creditors | $915.39 | $0.00 | $0.00 |
| 13 | RESURGENT CAPITAL SERVICES »» 012 | Secured Creditors | $7,564.21 | $0.00 | $0.00 |
| 14 | PENNYMAC LOAN SERVICES LLC »» 013 | Mortgage Arrears | $1,414.72 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10478-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,736.00 | Current Monthly Payment: | $304.00 |
| Paid to Claims: | $0.00 | Arrearages: | $304.00 |
| Paid to Trustee: | $115.22 | Total Plan Base: | $18,456.00 |
| Funds on Hand: | $1,620.78 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.