UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michel Jolley                               Case #  25-10478

            **Debtor**                             CHAPTER 13

### PRAECIPE TO WITHDRAW

Kindly withdraw the 4th Amended Chapter 13 Plan docketed at # 29 filed on September 23.

Respectfully Submitted,

Date: September 23, 2025                By: /s/*Charles Laputka, Esquire*
                                        CHARLES LAPUTKA, Esquire
                                        PA I.D. No. 91984
                                        Attorney for Debtor
                                        1344 W. Hamilton St.
                                        Allentown, PA 18102
                                        Phone: (610)477-0155
                                        Fax: (484) 350-3581
                                        claputka@laputkalaw.com