United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Todd Jolley  
    Debtor

Case No. 25-10478-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Sep 26, 2025      Form ID: 155      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Todd Jolley, 971 Manatawny Rd., Boyertown, PA 19512-8044 |
| 14977690 | + | PENNYMAC LOAN SERVICES, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14976978 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2025 00:47:04 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14977154 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2025 00:47:06 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14994908 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2025 00:45:49 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14975617 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2025 00:48:00 | Ally Financial, PO BOX 380901, Bloomington, MN 55438-0901 |
| 14975618 | ^ | MEBN | Sep 27 2025 00:33:18 | Arcadia Recovery Bueau LLC, PO Box 6768, Reading, PA 19610-0768 |
| 14975619 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 27 2025 00:48:00 | Bank of America, 4060 Ogletown/Stanton Rd, Newark, DE 19714 |
| 14984965 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 27 2025 00:48:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14975620 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 27 2025 01:00:23 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 14975621 | | Email/Text: bankruptcy@diamondcu.com | Sep 27 2025 00:48:00 | Diamond Federal Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14983051 | + | Email/Text: BKRMailOps@weltman.com | Sep 27 2025 00:48:00 | DIAMOND CREDIT UNION, c/o Weltman, Weinberg & Reis Co. LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 14983389 | + | Email/Text: BKRMailOps@weltman.com | Sep 27 2025 00:48:00 | Diamond Credit Union, c/o MILOS GVOZDENOVIC, Weltman, Weinberg, & Reis Co., LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 14978287 | | Email/Text: mrdiscen@discover.com | Sep 27 2025 00:48:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14975622 | + | Email/Text: mrdiscen@discover.com | Sep 27 2025 00:48:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |

Case 25-10478-pmm   Doc 34   Filed 09/28/25   Entered 09/29/25 00:36:32   Desc Imaged
                         Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: 155 | Total Noticed: 30 |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| 14993814 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 27 2025 00:48:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14975623 | + Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2025 00:45:44 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 14986629 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 27 2025 00:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14975624 | + Email/Text: Documentfiling@lciinc.com | Sep 27 2025 00:48:00 | LendingClub Bank NA, 595 Market St - Ste 200, San Francisco, CA 94105-2802 |
| 14996192 | + Email/Text: Documentfiling@lciinc.com | Sep 27 2025 00:48:00 | LendingClub Bank, NA, P.O. Box 884268, Los Angeles, CA 90088-4268 |
| 14977571 | ^ MEBN | Sep 27 2025 00:33:23 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14975625 | + Email/PDF: ebnotices@pnmac.com | Sep 27 2025 01:00:31 | PennyMac Loan Services LLC, Po Box 514387 M, Los Angeles, CA 90051-4387 |
| 14998520 | + Email/PDF: ebnotices@pnmac.com | Sep 27 2025 01:02:05 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14997496 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2025 00:47:04 | Resurgent Capital Services, as servicing agent for Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14995349 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2025 01:00:20 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14975626 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2025 01:03:39 | SYNCB/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14975627 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2025 01:01:11 | SYNCB/Paypal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 14975628 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2025 01:00:42 | SYNCB/Sam S Club DC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 14975629 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2025 01:03:25 | SYNCBPaypalExtrasMC, PO Box 71721, Philadelphia, PA 19176-1721 |
| 14975630 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2025 01:02:46 | THD/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2025          Signature:          /s/Gustava Winters

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Sep 26, 2025 Form ID: 155 Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Michael Todd Jolley ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Diamond Credit Union mgvozdenovic@weltman.com pitecf@weltman.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Michael Todd Jolley<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−10478−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: September 25, 2025                                                  For The Court

                                                                                         Patricia M. Mayer
                                                                                         Judge, United States Bankruptcy Court