# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Michael Todd Jolley,** | : | |
| | : | |
| Debtor | : | Case #  25-10478-PMM |

## O R D E R

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Chapter 13 Plan (doc # 38, the "Motion"):

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan (doc. # 37) is **APPROVED**.

BY THE COURT:

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

**Date:**  11/20/25