Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Michael Todd Jolley
971 Manatawny Rd.
Boyertown, PA 19512

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-10478-PMM**

Petition Filed Date: 02/05/2025
341 Hearing Date: 03/11/2025
Confirmation Date: 09/25/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $304.00 | | 10/02/2025 | $304.00 | | 10/27/2025 | $480.00 | |
| 12/02/2025 | $475.00 | | 12/15/2025 | $470.00 | | 12/30/2025 | $475.00 | |
| 01/29/2026 | $475.00 | | 03/02/2026 | $475.00 | | 03/31/2026 | $475.00 | |
| 04/29/2026 | $475.00 | | 06/01/2026 | $475.00 | | 07/01/2026 | $475.00 | |

**Total Receipts for the Period: $5,358.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $7,569.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $4,223.00 | $4,223.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $15,225.42 | $317.20 | $14,908.22 |
| 2 | DIAMOND CREDIT UNION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $7,220.54 | $150.43 | $7,070.11 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $9,006.01 | $187.63 | $8,818.38 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $8,826.43 | $183.87 | $8,642.56 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $9,214.56 | $191.98 | $9,022.58 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $1,306.93 | $18.54 | $1,288.39 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $3,819.53 | $79.58 | $3,739.95 |
| 9 | ALLY BANK<br>»» 09S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | ALLY BANK<br>»» 09U | Unsecured Creditors | $570.29 | $0.00 | $570.29 |
| 11 | RESURGENT RECEIVABLES, LLC<br>»» 010 | Unsecured Creditors | $9,825.43 | $204.70 | $9,620.73 |
| 12 | LENDINGCLUB CORPORATION<br>»» 011 | Unsecured Creditors | $915.39 | $19.08 | $896.31 |

**Chapter 13 Case No. 25-10478-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | RESURGENT CAPITAL SERVICES<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PENNYMAC LOAN SERVICES LLC<br>»» 013 | Mortgage Arrears | $1,414.72 | $1,414.72 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,569.00 | Current Monthly Payment: | $473.00 |
| Paid to Claims: | $6,990.73 | Arrearages: | ($22.00) |
| Paid to Trustee: | $557.72 | Total Plan Base: | $27,413.00 |
| Funds on Hand: | $20.55 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.